NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NERDIO LTD.,**
*Appellant*

**v.**

**NERDIO, INC.,**
*Appellee*

---

2024-2091

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92075281.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    NERDIO LTD. V. NERDIO, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 15, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 15, 2025